Gregory A. Bastian – 089024
William A. Munoz - 191649
MURPHY, PEARSON, BRADLEY & FEENEY
701 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 565-0300
Facsimile: (916) 565-1636

Attorneys for Defendant
NELSON WATSON & ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD BISHOP,

    Plaintiff,

v.

JAMIE SULLIVAN; NELSON WATSON & ASSOCIATES, LLC,

    Defendants.

Case No.: C06-05008 EMC

SUBSTITUTION OF ATTORNEY

Defendant NELSON WATSON & ASSOCIATES, hereby substitutes Mark E. Ellis (SBN 127159) of the Law Offices of Ellis, Coleman, Poirier, La Voie & Steinheimer, 555 University Avenue, Suite 200 East, Sacramento, California, telephone (916-283-8820; facsimile (916) 283-8821, as its attorney of record in the above-entitled action, instead and in place of the law firm of Murphy, Pearson, Bradley & Feeney, 701 University Avenue, Suite 150, Sacramento, CA 95825; Telephone: (916) 565-0300; Facsimile: (916) 565-1636.

I consent to this substitution.

Dated: 10/10/06

_____
NELSON WATSON & ASSOCIATES
Defendant

- 1 -

SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | Dated: 10/24/06 |

                                ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER

_____
MARK E. ELLIS
New Attorney for Defendant
NELSON WATSON & ASSOCIATES

I consent to this substitution.

Dated: 10/3/06

MURPHY, PEARSON, BRADLEY & FEENEY

_____
WILLIAM A. MUNOZ
Former Attorneys for Defendant
NELSON WATSON & ASSOCIATES

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

**IT IS SO ORDERED**

/s/ Susan Illston
Judge Susan Illston

- 2 -

SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Richard Bishop<br>12688 E. Hwy 20 P.O. Box 1691<br>Clearlake Oaks, CA 95412 | In Pro Per |
| Ellis, Coleman, Poirier, LaVoie & Steinheimer, LLP<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825<br>(916) 283-8820 Telephone<br>(916) 283-8821 Facsimile | Attorneys for Defendant<br>NELSON WATSON & ASSOCIATES |

DATED this 25th day of October, 2006.

By _____
   Stephanie A. Thurtle

- 3 -

SUBSTITUTION OF ATTORNEY