Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
ELLIS, COLEMAN, POIRIER,
  LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for NELSON WATSON & ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BISHOP,<br><br>  Plaintiff,<br><br>v.<br><br>NELSON WATSON & ASSOCIATES, LLC,<br><br>  Defendant. | CASE NO.: 06-05008 SI<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br><br>Date: May 31, 2007 |

The undersigned parties hereby stipulate, agree and request that the Court extend the deadline to complete a Settlement Conference in this action. The current deadline to complete a Settlement Conference is "the week of June 4th." A Settlement Conference with Magistrate Judge Brazil is scheduled for May 31, 2007.

The parties request an extension of the deadline for good cause shown as follows:

Defense counsel has a conflict on the May 31, 2007 date currently scheduled for the Settlement Conference.

In discussing, alternate dates with Mr. Bishop, the parties discussed certain evidence that Mr. Bishop has indicated supports his claim. Mr. Bishop is currently looking for this key piece of evidence which is a credit report that demonstrates that defendant Nelson, Watson & Associates reported the underlying debt to the credit bureaus. This evidence is the crux of Mr. Bishop's claim against Nelson,

- 1 -

STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

Watson & Associates and is important because Nelson, Watson & Associates maintains that they did not at any time report the debt in question or any other information about Mr. Bishop.

The parties agree that a Settlement Conference held prior to Mr. Bishop finding this evidence would not be fruitful.

Mr. Bishop's circumstances make it difficult for him to locate this evidence. Mr. Bishop believes that he should be able to locate the evidence but needs until July to do so. This delay is because the location at which Mr. Bishop believes this evidence is located, currently has no electricity. Mr. Bishop is in the process of restoring the electricity and will then be able to complete his search for this evidence.

The discovery cut-off in this case is July 31, 2007. Dispositive motions must be filed by August 3, 2007. The parties request a Settlement Conference at the end of discovery before dispositive motions are required to be filed.

For these reasons, the parties jointly stipulate and request that the deadline to complete a Settlement Conference be extended to July 31, 2007.

Dated: May 25, 2007

                               s/ Richard Bishop
                               Richard Bishop
                               Plaintiff in Pro Per

Dated: May 25, 2007

                               ELLIS, COLEMAN, POIRIER, LaVOIE
                                 & STEINHEIMER, LLP


                               By   s/ Andrew Steinheimer
                                     Andrew M. Steinheimer
                                     Attorneys for Defendants
                                     NELSON WATSON & ASSOCIATES, LLC

STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

Pursuant to the Stipulation of the parties,

The deadline to complete a Settlement Conference is extended to July 31, 2007.

IT IS SO ORDERED

Dated: 5/27/07 2007

HON. SUSAN ILLSTON

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My home address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On May 25, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Richard Bishop                                    In Pro Per
12688 E. Hwy. 20
P.O. Box 1691
Clearlake Oaks, CA 95423

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on May 25, 2007.

By _____
Jennifer E. Mueller

- 1 -

STIPULATION TO EXTEND DEADLINE TO COMPLETE SETTLEMENT CONFERENCE