Mark E. Ellis – 127159
Andrew M. Steinheimer – 200524
ELLIS, COLEMAN, POIRIER,
  LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for NELSON WATSON & ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BISHOP,<br><br>   Plaintiff,<br><br>v.<br><br>NELSON WATSON & ASSOCIATES, LLC,<br><br>   Defendant. | CASE NO.: 06-05008 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>JUDGE:   SUSAN ILLSTON |

Pursuant to Federal Rules of Civil Procedure 41(a)(1) the parties hereby stipulate to a complete dismissal of this action with prejudice. Each side to bear its own fees and costs.

Dated: June 30, 2007

_____
Plaintiff Richard Bishop, Pro Per

Dated: July 9, 2007

ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP

_____
Andrew Steinheimer, counsel for defendant
NELSON, WATSON & ASSOCIATES

- 1 -

STIPULATION FOR DISMISSAL AND ORDER

## ORDER

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 7/10/07

*[signature: Susan Illston]*

The Honorable Susan Illston
United States District Court Judge

CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My work address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On July 10, 2007, I served the following document(s) on the parties in the within action:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Richard Bishop                                                             In Pro Per
12688 E. Hwy. 20
P.O. Box 1691
Clearlake Oaks, CA 95423

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on July 10, 2007.

By _____
Jennifer E. Mueller

- 1 -

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**